

**MANEVITZ LAW FIRM LLC**

**Intellectual Property Counseling,
Prosecution, Enforcement and Litigation**
301 Route 17 North, Suite 800
Rutherford, NJ 07070-2581
tel: 973-594-6529
fax: 973-689-9529
http://manevitzlawfirm.com

BEN D. MANEVITZ
Principal
ben@ManevitzLaw.com

admissions:
NY  NJ  SDNY  EDNY  DNJ

October 25, 2022

Magistrate Judge Valerie Figueredo
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, NY 10007
      ...by ECF

   **Re:**  *Victoria Dicks v. Ben-Amun Co., Inc.*
      **1:22-cv-08150-LJL-VF**

Dear Judge Figueredo:

  This firm is counsel to defendant Ben-Amun Co., Inc. in the above-captioned matter.

  Under the relevant Rules, defendant's deadline for a responsive pleading (or motion) is November 1.  However, in order to adequately review the facts and allegations and prepare the response, Defendant is seeking a thirty-day extension of the time to Answer or otherwise respond.

  Plaintiff's counsel has given consent to the extension requested.  Defense has not asked for any extensions in the past.

  Accordingly, defendants respectfully request an extension of time, until **Wednesday, November 30,** to answer, move, or otherwise reply to the Complaint.

  We thank the Court for its kind consideration in this matter.

Sincerely,

Ben D. Manevitz

## SERVICE

This letter motion was submitted by ECF, which automatically serves a copy upon Plaintiff's counsel.

## ORDER

The above application is ORDERED GRANTED, Defendant's time to answer, move, or otherwise reply is extended to November 30.

ORDER DATED: _____

     Magistrate Judge Valerie Figueredo

     _____