UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICTORIA DICKS, (seeking class certification) <br><br> Plaintiff, <br><br> v. <br><br> BEN-AMUN CO., INC. <br><br> Defendants. | Docket No.:   1:22-cv-08150-LJL-VF <br><br> CLERK'S   CERTIFICATE OF DEFAULT <br> AS TO COUNTERCLAIMS |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on September 23, 2022 by the filing of the Complaint with the Court. Defendant/Counterclaim-Plaintff Ben-Amun filed the Answer with Counterclaims on November 30, 2022 through the Court's ECF system.

Service on Plaintiff/Counterclaim-Defendant Victoria Dicks was effected by the Court's ECF system on November 30, 2022. Proof of service is an affidavit thereof dated November 30, 2022, which is included at Docket No. 8.

I further certify that the docket entries indicate that the Plaintiff/Counterclaim-Defendant Victoria Dicks has not filed a Reply to the Counterclaims or otherwise moved with respect to the Answer with Counterclaims herein.

The default of Plaintiff/Counterclaim-Defendant Victoria Dicks with respect to the counterclaims is hereby noted.

Dated:   February 6, 2023

**RUBY J. KRAJICK**
**Clerk of Court**

by:   *K. Mango*
Deputy Clerk