

**MANEVITZ LAW FIRM LLC**

Intellectual Property Counseling,
Prosecution, Enforcement and Litigation

301 Route 17 North, Suite 800
Rutherford, NJ  07070-2581
tel:  973-594-6529
fax: 973-689-9529
http://manevitzlawfirm.com

BEN D. MANEVITZ
Principal
ben@ManevitzLaw.com

admissions:
NY   NJ   SDNY   EDNY   DNJ

February 7, 2023

Hon. Lewis J. Liman
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1660
New York, NY 10007-1312
　　…by ECF

Re:   *Victoria Dicks v. Ben-Amun Co., Inc.*
　　　1:22-cv-08150-LJL-VF

Dear Judge Liman:

Defendant's deadline to file its 12(c) Motion to Dismiss was February 6.  Unfortunately, I filed the documents at one minute and three minutes past midnight (respectively) on the morning of February 7.[1]  I am writing to inform the Court of my error.

I apologize for missing the deadline and beg the Court's indulgence in this matter.

Sincerely,

Ben D. Manevitz

SERVICE

This letter was submitted by ECF, which automatically serves a copy upon opposing counsel.

---

[1] *See*, *Get Smart!: various episodes* (NBC television broadcast 1965-1969)("Missed it by that much!")