```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
VICTORIA DICKS,                                                  :
                                                                 :
                    Plaintiff – Counter Defendant,               :
                                                                 :       22-cv-08150 (LJL)
         -v-                                                     :
                                                                 :       ORDER
BEN-AMUN CO. INC.,                                               :
                                                                 :
                    Defendant – Counter Claimant.                :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2023

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: February 14, 2023
       New York, New York

                                            _____
                                            LEWIS J. LIMAN
                                            United States District Judge